UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MIERZWAK,<br><br>    Plaintiff,<br><br>vs.<br><br>RELIASTAR LIFE INSURANCE COMPANY; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 14-CV-01241-WBS (SMSx)<br><br>**ORDER UPON STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE** |

## **ORDER**

Based upon the stipulation of the Parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 4-CV-01241-WBS (SMSx), is dismissed in its entirety with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated:  November 20, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

1

Case No.  14-CV-01241-WBS (SMSx)
ORDER UPON STIPULATION TO DISMISS
THE ENTIRE CASE WITH PREJUDICE